# Schulte Roth&Zabel

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/2021

Writer's Direct Number
212.756.2093

Writer's E-mail Address
Mark.Garibyan@srz.com

July 9, 2021

*[Handwritten endorsement: 7/12/2021 post pone conference to 9/23/2021 @ 10:15 am]*

**BY ECF**

Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Krull v. Annucci*, 1:21-CV-03395
Initial Pretrial Conference

**MEMO ENDORSED**

Dear Judge McMahon:

We write on behalf of Vladimir Krull, Plaintiff in the above-referenced matter, to respectfully request an adjournment of the initial pretrial conference, which is currently scheduled for July 15, 2021, to August 6, 2021. We are joined in this request by counsel for Defendants Anthony Annucci and Michele Harrington.

The Order Scheduling an Initial Pretrial Conference provides that "[i]f a conforming case management plan is submitted at least two business days prior to the scheduled initial conference and subsequently approved by the Court, the initial conference will be cancelled automatically." (Dkt. 46).

Since the Order was entered on April 26, 2021, the parties have jointly requested and received an extension until July 30, 2021 to file the case management plan. (Dkt. 61). Accordingly, the parties believe that adjourning the initial pretrial conference to August 6, 2021, or four business days after the parties file the case management plan, will best preserve judicial resources as it will give the Court an opportunity to review the parties' proposed case management plan and subsequently determine if an initial pretrial conference is necessary.[1]

Respectfully submitted,

*/s/ Mark L. Garibyan*

Mark L. Garibyan

---

[1] Additionally, Plaintiff filed today a motion for reassignment of the case to the Southern District's White Plains courthouse (*see* Dkt. Nos. 62-64), and the Court's consideration of the motion may obviate the need to hold an initial pretrial conference next week.

July 9, 2021
Page 2

                        Schulte Roth & Zabel LLP
                        919 Third Avenue
                        New York, NY 10022
                        (212) 756-2000
                        mark.garibyan@srz.com

                        Daniel R. Lambright
                        Christopher T. Dunn
                        New York Civil Liberties Union Foundation
                        125 Broad Street, 19th Floor
                        New York, NY 10004
                        (212) 607-3300
                        dlambright@nyclu.org
                        cdunn@nyclu.org

cc: Counsel of Record (By ECF and Email)