```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VLADIMIR KRULL,

             Plaintiff,

       -v-

ACTING COMMISSIONER ANTHONY
J. ANNUCCI, *et ano.*,

             Defendants.
-------------------------------------------------------------X

**ORDER**

21-CV-3395 (CM) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The Court held a conference via telephone today, at which it set the following schedule:

1) By **July 8, 2022 at 5:00 p.m**., the parties will submit a proposed protective order to the Court;

2) By **July 13, 2022**, Defendants will make full and final productions responsive to Plaintiff's First Set of Requests for Production and any amended responses to Plaintiff's First Set of Interrogatories;

3) By **July 13, 2022,** Defendants will produce documents responsive to Plaintiff's Supplemental Set of Requests for Production; and

4) By **July 22, 2022**, Defendants will make ESI production.

In light of the schedule set forth herein and subject to Judge McMahon's final approval, the deadline for disclosure of all parties' expert reports will be extended to

1

**August 18, 2022**, on consent, and the deadline to complete all discovery, including expert discovery, will be extended to **September 30, 2022**, on consent.

Finally, Plaintiff is directed to disclose to Defendants forthwith the anticipated subject matter of the expert report from Dr. Liam Marshall.

The Clerk is directed to close Docket No. 105 and mark it "granted in part, and denied in part."

    **SO ORDERED.**

Dated: July 6, 2022
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge