

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2.17.2023

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8561

February 16, 2023

By ECF
Hon. Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Krull v. Annucci, *et al.*,
             21-CV-03395(CM)(JLC)

Dear Judge Rearden:

     I write respectfully on behalf of Defendants Anthony Annucci, Commissioner of the New York State Department of Corrections and Community Supervision ("DOCCS"), and Michele Harrington, Chairperson of the New York State Board of Examiners of Sex Offenders ("Defendants"), to request that discovery be stayed pending resolution of the settlement process. Plaintiff consents to this request.

     At present, discovery is scheduled to close on June 30, 2023. (ECF # 125). As indicated in the parties' joint status letter, dated January 25, 2023 (ECF # 127), discovery had previously been stayed until January 6, 2023, in order to give the parties time to settle. The parties used that time to their benefit and, as noted in their joint letter to the Court, dated February 2, 2023 (ECF # 128), seeking referral to Magistrate Judge Cott for a settlement conference, the parties have reached agreement in principle on all but one issue. A stay at this time will allow Defendants to focus their time and resources on settlement, rather than on completing discovery. For example, in order to complete their eDiscovery production, the Office of the Attorney General will have to contract with a vending service that is expected to cost $8,400.00.

     The parties agree that, should the parties fail to arrive at a settlement following the settlement conference, Defendants will substantially complete their document production within two months of that date; the parties will complete all document production within three months; and the parties will complete all discovery within six months. These deadlines reflect the existing dates that were in place before the stay, which expired on January 6, 2023.

Pursuant to Magistrate Judge Cott's February 3, 2023 Order (ECF # 130), the parties are in the process of discussing several dates on which to conduct the settlement conference and expect to forward those dates to Magistrate Judge Cott shortly.

Thank you for your consideration herein.

Respectfully submitted,

*/s/ Neil Shevlin*
Neil Shevlin
Assistant Attorney General
(212) 416-8561
Neil.Shevlin@ag.ny.gov

cc:  Counsel for Plaintiffs (by ECF)

The parties' application is hereby GRANTED.  The case will not be further stayed.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Date: Feb. 17, 2023